# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136604

LEONARD LAMAR BROWN,
      Petitioner-Appellant,

v

DEPARTMENT OF CORRECTIONS,
and PAROLE BOARD,
      Respondent-Appellees.

SC: 136604
COA: 281710
Wayne CC: 2006-627053-AA

_____/

      On order of the Court, the application for leave to appeal the April 24, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2008

_____
Clerk

t0828